## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

AMERICAN BANK OF OKLAHOMA,

*Defendant.*

Civil No. 23-cv-00371-CDL

### Joint Motion for Approval and Entry of Proposed
### Consent Order and Memorandum in Support

Plaintiff United States of America and Defendant American Bank of Oklahoma (the "Parties") have agreed upon and jointly move this Court to approve and enter the attached Consent Order as the judgment of the Court. The Parties hereby agree and stipulate to the Court's entry of this Consent Order in resolution of this litigation. In support of their joint motion, the Parties state as follows:

1. The United States of America filed a Complaint alleging that American Bank of Oklahoma (the "Bank") engaged in a pattern or practice of unlawful redlining in violation of the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3619, and the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §§ 1691–1691f. The Bank neither admits nor denies any of the allegations in the Complaint except that, for the purposes of this Consent Order, the Bank admits facts necessary to establish this Court's jurisdiction over it and over the subject matter of this action.

2. The Parties have resolved the claims raised in the Complaint and seek entry of the proposed Consent Order.

3.  The Court has jurisdiction over the parties and subject matter of this action. There have been no factual findings or adjudication in this case.

4.  The Parties agreed to the terms stated in their proposed Consent Order to voluntarily resolve all claims arising from the conduct alleged in the Complaint.

5.  Entry of this Consent Order is in the public interest.

6.  Accordingly, the Parties respectfully request that this Court approve and enter the proposed Consent Order.


Respectfully submitted,

**For the United States of America:**

Dated: August 28, 2023

CLINTON J. JOHNSON
United States Attorney
Northern District of Oklahoma

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief

LUCY G. CARLSON
Deputy Chief

/s/ *Marianne Hardcastle*
MARIANNE HARDCASTLE
marianne.hardcastle@usdoj.gov
OBA #15054
KRISTIN HARRINGTON
kristin.harrington@usdoj.gov
OBA #21185
Assistant United States Attorneys
Civil Division
United States Attorney's Office
Northern District of Oklahoma
110 W. 7th Street, Suite 300
Tulsa, OK 74119
(918) 382-2700

/s/ *Jennifer Slagle Peck*
JENNIFER A. SLAGLE PECK
jennifer.slagle.peck@usdoj.gov
District of Columbia Bar #990596
SARA L. NILES
sara.niles@usdoj.gov
Massachusetts Bar #634257
Trial Attorneys
Housing & Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
(202) 514-4713

**For American Bank of Oklahoma:**

Dated: August 28, 2023

MITCHELL SANDLER LLC


/s/ *Andrea Mitchell*
ANDREA K. MITCHELL (motion for admission *pro hac vice* pending)
Managing Partner
Mitchell Sandler LLC
1120 20th Street NW, Suite 725
Washington, DC 20036
(202) 886-5261
amitchell@mitchellsandler.com


/s/ *Christopher McCall*
CHRISTOPHER MCCALL (motion for admission *pro hac vice* pending)
Counsel
Mitchell Sandler LLC
1120 20th St., NW, Suite 725
Washington, DC 20036
(202) 886-5292
cmccall@mitchellsandler.com


MCAFEE & TAFT A PROFESSIONAL CORPORATION


/s/ *J. Craig Buchan*
J. CRAIG BUCHAN
Shareholder
McAfee & Taft A Professional Corporation
2 West Second Street
Williams Tower II, Suite 1100
Tulsa, OK 74103
(918) 574-3049
craig.buchan@mcafeetaft.com