UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) Case No. 23-cv-371-CDL |
| v. | ) ) |
| AMERICAN BANK OF OKLAHOMA, | ) ) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has entered a Consent Order, also signed by the parties. (Doc. 32). Pursuant to the terms of the Consent Order, the Court will retain jurisdiction over this civil action to enforce its terms. It is hereby ordered that the Clerk shall administratively close this action, without prejudice to the rights of the parties to reopen the proceedings for good cause shown, including enforcement of the Consent Order, the entry of a stipulation or order, or for any other purpose consistent with the Consent Order.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
Christine D. Little
United States Magistrate Judge